**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7852**

_____

JOHN ANTHONY PACE,

Plaintiff - Appellant,

versus

RALPH DOBBINS, Superintendent NRJV; VIRGINIA
DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-02-1215)

_____

Submitted:  January 16, 2003          Decided:  January 27, 2003

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Anthony Pace, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Anthony Pace appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Pace v. Dobbins</u>, No. CA-02-1215 (W.D. Va. Nov. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>